Michael I. Wayne, Esq. (CSB # 169840)
Michaelwayne1@mac.com
LAW OFFICES OF MICHAEL I. WAYNE, APC
149 So. Barrington Ave., No. 143
Los Angeles, California 90049
(310) 926-6453

Attorneys for Plaintiff,
UNITED STATES FOR THE USE AND
BENEFIT OF FERGUSON
ENTERPRISES, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES FOR THE USE AND BENEFIT OF FERGUSON ENTERPRISES, INC., a Virginia corporation,<br><br>Plaintiff,<br><br>v.<br><br>MCCULLOUGH PLUMBING, INC., a California corporation; THE GUARANTEE COMPANY OF NORTH AMERICA USA, a Michigan corporation; HALBERT CONSTRUCTION COMPANY, INC., a California corporation; THE WESTERN SURETY COMPANY, a South Dakota corporation,<br><br>Defendants. | Case No.: 3:17-cv-03382-MEJ<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**<br><br>**AMOUNT: $27,635.04** |

WHEREAS, Plaintiff, UNITED STATES FOR THE USE AND BENEFIT OF FERGUSON ENTERPRISES, INC., a Virginia corporation filed its Complaint on Miller Act Payment Bonds pursuant to 28 U.S.C. § 1331 and the provisions of the Miller Act, 40 U.S.C. § 3133(b)(3)(B), on JUNE 12, 2017;

WHEREAS, Plaintiff and Defendants, MCCULLOUGH PLUMBING, INC., a California corporation ("MCCULLOUGH") and THE GUARANTEE COMPANY OF NORTH AMERICA USA, a Michigan corporation ("GUARANTY") settled this matter on

or about August 10, 2017;

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendants, MCCULLOUGH and GUARANTEE, through their designated counsel that the above-captioned action should be dismissed without prejudice as to all Defendants pursuant to FRCP 41(a)(1)(A). The parties further stipulate that, except as set forth in the written Stipulation for Entry of Judgment between them, the parties shall bear their own attorney's fees, expenses and costs.

IT IS SO STIPULATED.

Dated: 10/27/17

LAW OFFICES OF MICHAEL I. WAYNE, APC

By: /s/ Michael I. Wayne
Michael I. Wayne, Esq.
Attorneys for Use-Plaintiff and Plaintiff,
FERGUSON ENTERPRISES, INC., a Virginia corporation

DATED: 10/26/17

SCHWARTZ SEMERDJIAN CAULEY & MOOT LLP

By: /s/ Kevin T. Cauley
Kevin T. Cauley, Esq.
Attorneys for Defendants
MCCULLOUGH PLUMBING, INC., a California corporation and THE GUARANTEE COMPANY OF NORTH AMERICA USA, a Michigan corporation

~~[PROPOSED]~~ ORDER

The Court having considered the stipulation of the parties, and good cause appearing therefor, orders as follows:

1. The action is dismissed without prejudice as against all Defendants pursuant to FRCP 41(a)(1)(A).

2. Each party shall bear their own costs and attorneys' fees.

3. The Court shall retain jurisdiction over this matter to enforce the terms of the written Stipulation for Entry of Judgment.

IT IS SO ORDERED.

Dated: October 31, 2017



UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge Maria-Elena James